**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   LAWRENCE T HOBSON SR    §    Case No.: 09-25363
        CYNTHIA A HOBSON           §
        Debtor(s)                         §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/13/2009.

2) This case was confirmed on  N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/28/2009.

6) Number of months from filing to the last payment:  1

7) Number of months case was pending:  5

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    43,200.00

10) Amount of unsecured claims discharged without payment $        .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 820.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 820.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 47.56 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 47.56 |
| Attorney fees paid and disclosed by debtor | $ 400.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | NA | 2,235.80 | 2,235.80 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4,436.00 | 4,436.47 | 4,436.47 | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| ADT SECURITY SYSTEMS | UNSECURED | 1,464.00 | NA | NA | .00 | .00 |
| AMERICAN CASH N GO | UNSECURED | 4,318.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 446.00 | NA | NA | .00 | .00 |
| ASSETCARE INC | UNSECURED | 355.00 | NA | NA | .00 | .00 |
| NCO MEDCLR | OTHER | .00 | NA | NA | .00 | .00 |
| BMW FINANCIAL SERVIC | UNSECURED | 34,009.00 | 34,009.07 | 34,009.07 | .00 | .00 |
| CAB SERVICES | UNSECURED | 520.00 | NA | NA | .00 | .00 |
| CAB SERVICES | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| CALVARY PORTFOLIO SE | UNSECURED | 412.00 | NA | NA | .00 | .00 |
| CCV | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 150.00 | 250.00 | 250.00 | .00 | .00 |
| COMCAST | UNSECURED | 313.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 252.00 | NA | NA | .00 | .00 |
| VANRU CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | UNSECURED | 312.00 | NA | NA | .00 | .00 |
| AT&T BROADBAND | UNSECURED | 161.00 | NA | NA | .00 | .00 |
| DRYER OOMS & VAN DRU | UNSECURED | 1,414.00 | NA | NA | .00 | .00 |
| ADT | UNSECURED | 1,315.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 84.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NATIONWIDE CREDIT IN | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST REVENUE INSURA | UNSECURED | 317.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 2,204.00 | 2,428.53 | 2,428.53 | .00 | .00 |
| HSBC BANK | UNSECURED | 1,442.00 | NA | NA | .00 | .00 |
| IC SYSTEMS | UNSECURED | 353.00 | NA | NA | .00 | .00 |
| KCA FIN SVC | UNSECURED | 2,731.00 | NA | NA | .00 | .00 |
| KCA FINANCIAL SERVIC | UNSECURED | 122.00 | NA | NA | .00 | .00 |
| JERCINOVIC PEDIATRIC | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| LOWES | UNSECURED | 2,205.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 5,843.00 | 5,033.51 | 5,033.51 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,029.00 | 1,198.50 | 1,198.50 | .00 | .00 |
| SBC AMERITECH | UNSECURED | 1,138.00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | OTHER | .00 | NA | NA | .00 | .00 |
| MRSI | UNSECURED | 262.00 | NA | NA | .00 | .00 |
| NCO MARLIN | UNSECURED | 326.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 2,688.00 | NA | NA | .00 | .00 |
| PLAINES COMMERCE BAN | UNSECURED | 293.00 | 347.80 | 347.80 | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | 137.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | OTHER | .00 | NA | NA | .00 | .00 |
| PROVENA | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| PELLETTIERE & ASSOCI | OTHER | .00 | NA | NA | .00 | .00 |
| NORTH STAR ACQUISITI | UNSECURED | 1,332.00 | NA | NA | .00 | .00 |
| NORTHLAND GROUP | OTHER | .00 | NA | NA | .00 | .00 |
| OFFICE TEAM | UNSECURED | 496.00 | NA | NA | .00 | .00 |
| PELLETTIERE & ASSOCI | OTHER | .00 | NA | NA | .00 | .00 |
| SEARS/CBSD | UNSECURED | 5,714.00 | NA | NA | .00 | .00 |
| SECURITY FINANCE | UNSECURED | 190.00 | 195.00 | 195.00 | .00 | .00 |
| TARGET | UNSECURED | 4,436.00 | NA | NA | .00 | .00 |
| TRS RECOVERY SVC | OTHER | .00 | NA | NA | .00 | .00 |
| SILVER CROSS HOSPITA | UNSECURED | 473.00 | NA | NA | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 100.00 | 1,350.00 | 1,350.00 | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL/PR | UNSECURED | 2,865.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 3,560.00 | NA | NA | .00 | .00 |
| WELTMAN WEINBERT & R | OTHER | .00 | NA | NA | .00 | .00 |
| WFFINANCIAL | UNSECURED | 2,560.00 | NA | NA | .00 | .00 |
| WOW CABLE SERVICES | UNSECURED | 567.00 | NA | NA | .00 | .00 |
| ZENITH ACQUISITION | UNSECURED | 1,561.00 | NA | NA | .00 | .00 |
| PLS LOAN STORE | UNSECURED | 681.00 | NA | NA | .00 | .00 |
| JE ROOFING & CONSTRU | UNSECURED | 5,800.00 | 8,050.00 | 8,050.00 | .00 | .00 |
| AMERICAS SERVICING C | SECURED | 218,000.00 | 240,285.09 | .00 | .00 | .00 |
| AMERICAS SERVICING C | SECURED | 70,000.00 | 79,118.74 | 79,118.74 | .00 | .00 |
| JOEL NATHAN | SECURED | 506.00 | .00 | 506.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GMAC | SECURED | 24,290.00 | 31,402.89 | 21,950.00 | 741.85 | .00 |
| GMAC | OTHER | .00 | NA | NA | .00 | .00 |
| GMAC | OTHER | .00 | NA | NA | .00 | .00 |
| KAY JEWELERS | SECURED | 2,070.00 | .00 | 1,000.00 | 30.59 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| REGUS MGNT GROUP | UNSECURED | 8,106.00 | NA | NA | .00 | .00 |
| GMAC | UNSECURED | .00 | 9,452.89 | 9,452.89 | .00 | .00 |
| AMERICAS SERVICING C | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | SECURED | .00 | 2,560.00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | NA | 7,678.63 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 984.83 | 984.83 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 2,002.43 | 2,002.43 | .00 | .00 |
| BMW FINANCIAL SERVIC | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 79,118.74 | .00 | .00 |
| Debt Secured by Vehicle | 21,950.00 | 741.85 | .00 |
| All Other Secured | 1,506.00 | 30.59 | .00 |
| **TOTAL SECURED:** | 102,574.74 | 772.44 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 984.83 | .00 | .00 |
| **TOTAL PRIORITY:** | 984.83 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 70,990.00 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 47.56 |
| Disbursements to Creditors | $ | 772.44 |
| **TOTAL DISBURSEMENTS:** | $ | 820.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/21/2009                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**